SAMUEL SEELEY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 27, 1886; decided June 1, 1886.)

THIS action was brought to recover damages for the destruction of plaintiff's barn, which, he alleged, was set on fire by coal escaping from the smoke-stack of a locomotive passing on defendant's road adjoining plaintiff's premises.

Defendant claimed that the fire was caused by one of two locomotives passing about the time of the fire, both of which were properly provided with fire-screens. It appeared, however, that other engines passed a short time prior to the fire, through the fire-screens of which holes had been cut to make a better draft. The court here *held* the question was one of fact for the jury, and that defendant was properly found guilty of negligence.

*W. H. Adams* for appellant.

*Stephen K. Williams* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed.

---

EDWARD W. TUCKER, Appellant, *v.* MARTIN COONEY et al., Respondents.

(Argued April 23, 1886; decided June 1, 1886.)

*John C. Hunt* for appellant.

*William G. Tracy* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.